## IN RE ERICA R.*
## (AC 21961)

Lavery, C. J., and Schaller and Stoughton, Js.

Argued February 14—officially released March 19, 2002

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 79-3, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.

Per Curiam. The judgment is affirmed.